**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY**

| | |
|---|---|
| DEPLOYED RESOURCES, LLC, <br><br> *Plaintiff*, <br><br> vs. <br><br> DATA SYSTEMS INTERNATIONAL, INC.; BRENT DIBARTOLO; BENJAMIN CULLINANE; AND MARK BALDWIN; <br><br> *Defendants*. | Case No. 4:20-cv-00607-HFS |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

For the reasons stated in their suggestions in support, Defendants Data Systems International, Inc.; Brent DiBartolo; Benjamin Cullinane; and Mark Baldwin move to dismiss Plaintiff Deployed Resources, LLC's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

*/s/ Zach Chaffee-McClure*
SHOOK, HARDY & BACON L.L.P.
Zach Chaffee-McClure, #60099
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
zmcclure@shb.com

***Attorney for Defendants***

1

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on October 7, 2020, using the Court's CM/ECF filing system, thereby sending notice of the filing to all counsel of record for this matter, including the following:

Arthur Chaykin (Mo. Bar. No. 42110)
Jeffrey T. Donoho (Mo. Bar. No. 62852)
2000 Shawnee Mission Parkway, Suite 210
Mission Woods, KS 66205
Telephone: (816) 527-9447
Facsimile: (855) 844-2914
arthur@kennyhertzperry.com
jeff.donoho@kennyhertzperry.com

***Attorneys for Plaintiff Deployed Resources, LLC***

*/s/ Zach Chaffee-McClure*
**Attorney for Defendants**

2